## HARVEY v. HARVEY.

Circuit Court.   Dover.   October 27, 1793.

*Wilson's Red Book, 12.*\*

Before PATTERSON, one of the judges of the Supreme Court, and BEDFORD, District Judge.

---

\* This case is also reported in *Bayard's Notebook, 45;  Read's Notebook, 14.*

*Levy* for plaintiff.

*Bayard* for defendant.

BY THE COURT. If an award be not made within the time limited by a rule of reference, the rule is determined if not continued by the consent of the parties. We are clearly of opinion that during the continuance of the rule plaintiff cannot discontinue; if he does it, it is irregular and will be struck off.

Rule absolute.